ORIGINAL

FILED
DEC 6 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| THE CNA CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | No: 07-858 C<br>Judge: ________ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, the CNA Corporation ("CNAC") respectfully submits this corporate disclosure statement. CNAC states that it has no parent companies. Furthermore, there is no publicly held company that owns more than 10% of CNAC.

Dated: December 5, 2007

Respectfully submitted,

Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel for The CNA Corporation

*Of Counsel:*

Daniel S. Herzfeld
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7900
(703) 770-7901 (fax)