# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | | |
| | * | |
| **THE CNA CORPORATION,** | * | |
| | * | |
| **Plaintiff,** | * | **No. 07-858C** |
| **v.** | * | **Filed: December 7, 2007** |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

## O R D E R

A bid protest in the above-captioned case was received on the morning of December 6, 2007. The court held an initial conference that afternoon, December 6, 2007, with the parties appearing by telephone. As discussed with the parties at the conference, defendant shall file the administrative record, which may be in CD ROM format, on or before **Tuesday, December 18, 2007**. On or before **Tuesday, December 18, 2007**, defendant also shall provide chambers with a single, tabbed, courtesy, hard copy of the administrative record, with an index. On or before **Friday, January 4, 2008**, the parties shall file a joint stipulation of facts, with citations by section, page and paragraph numbers to the administrative record. The joint stipulation of facts and administrative record shall be cited in the parties' briefs. Defendant shall file its opening brief in support of its ethics decision on or before **Tuesday, January 22, 2008**. Plaintiff shall file its response on or before **Tuesday, February 5, 2008**. Defendant shall file its reply on or before **Tuesday, February 12, 2008**. The court **SCHEDULES** oral argument for **Wednesday, February 13, 2008, 1:30 p.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties shall appear in person for the oral argument. Defendant has advised the court that no award for the Montgomery County, Maryland Study location will be made on the present or any future solicitation until after the court has rendered its opinion on this bid protest.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**