**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Electronically Filed on January 4, 2008)**
**BID PROTEST**

| | | |
|---|---|---|
| THE CNA CORPORATION, | ) | |
| Plaintiff, | ) | No. 07-858 |
| | ) | (Judge Horn) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE REGARDING REDACTIONS**

Plaintiff, the CNA Corporation ("CNAC"), respectfully submits this notice that it has no proposed redactions to this Court's January 3, 2008 sealed order and requests that the Court re-issue its order publicly so that counsel may release the order to its client. Counsel for Defendant the United States (the "Government") has represented to CNAC's counsel that the Government does not have any proposed redactions to the sealed order.

Dated: January 4, 2008

Respectfully submitted,

s/Alex D. Tomaszczuk by s/Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel for The CNA Corporation

*Of Counsel:*

Daniel S. Herzfeld
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7612
(703) 770-7901 (fax)