# In the United States Court of Federal Claims

**No. 07-858 C**

**THE CNA CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Order, filed January 3, 2008, partially awarding plaintiff the injunctive relief it seeks,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the agency's initial adverse ethics decision on Dr. Friedman is vacated and plaintiff, CNA Corporation, is awarded bid preparation costs. The agency shall pursue a reconsideration of the ethics decision and, at a minimum, shall consider the issues raised by the applicable statutory and regulatory sections, including subsections of 18 U.S.C. § 207 (2000) and 5 C.F. R. § 2637 (Jan. 1, 2007), not previously and properly considered.

Costs to plaintiff.

John S. Buckley
Acting Clerk of Court

**January 7, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.