# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| **THE CNA CORPORATION,** | * | |
| **Plaintiff,** | * | **No. 07-858C** |
| **v.** | * | **Filed: January 9, 2008** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * | * | |

## O R D E R

The court issued a sealed order in the above-captioned case on January 3, 2008. A sealed judgment issued on January 7, 2008. Plaintiff has requested that both documents be unsealed, and defendant has advised that it has no objections. The clerk's office, therefore, shall **UNSEAL** both the order and the judgment in this case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**