ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| THE CNA CORPORATION, | ) | |
| | ) | No. 07-858C |
| Plaintiff, | ) | |
| | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
FEB 29 2008
U.S. COURT OF FEDERAL CLAIMS

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that defendant, the United States, hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's January 7, 2008 judgment entered in the above-captioned case.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

DEBORAH A. BYNUM
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division, United States Department of Justice
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 305-3274
Fax: (202) 514-8624

Dated: February 29, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 29th day of February, 2008, I caused to be placed in the United States mail (first class mail, postage prepaid) a copy of DEFENDANT'S NOTICE OF APPEAL addressed as follows:

Alex D. Tomaszczuk
Daniel S. Herzfeld
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4859

Tel: 703.770.7612
Fax: 703.770.7901

Matthew H. Solomson