NOTE: This order is nonprecedential.

ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
APR 3 2008
U.S. COURT OF FEDERAL CLAIMS

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

04/03/08

cc: Clerk's Office, CFC
Matthew H. Solomson
Alexander D. Tomaszczuk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
APR 03 2008
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 04/03/08

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 4/3/08

CNA CORPORATION V US, 2008-5047
CFC - 07-CV-858