# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CNA CORPORATION, | ) | |
| | ) | No. 07-858C |
| Plaintiff, | ) | |
| | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S APPLICATION FOR BID PREPARATION AND PROPOSAL COSTS

Defendant respectfully requests that this Court grant an enlargement of time of 7 days within which we may file our reply brief in support of our motion to strike plaintiff's application for bid preparation and proposal costs. Our reply currently is due on May 19, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff consents to the instant motion.

We require additional time to prepare and file our reply brief because undersigned counsel of record was hospitalized this past Wednesday and Thursday, May 14-15, 2008, and was occupied with other case-related work – including an oral argument before Judge Allegra in Lublin Corp. v. United States, Fed. Cl. No. 07-206 – earlier this week. Accordingly, we respectfully ask this Court to grant our request for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum by s/ B. Snee
DEBORAH A. BYNUM
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division, United States Department of Justice
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 305-3274
Fax: (202) 514-8624

Dated: May 16, 2008

Attorneys for Defendant