# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **THE CNA CORPORATION,** Plaintiff, | * | |
| v. | * | **No. 07-858C** **Filed: May 16, 2008** |
| **UNITED STATES,** Defendant. | * | |

**O R D E R**

The court is in receipt of the defendant's May 16, 2008, unopposed motion for an enlargement of time of seven days within which to file its reply in support of its motion to strike plaintiff's application for bid preparation and proposal costs. Defendant's motion for an enlargement of time is **GRANTED**. On or before **Monday, May 26, 2008**, defendant shall file a reply on its motion to strike.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**