**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Electronically Filed on June 13, 2008)**
**BID PROTEST**

| | | |
|---|---|---|
| THE CNA CORPORATION, | ) | |
| Plaintiff, | ) | No: 07-858C (Judge Horn) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**THE CNA CORPORATION'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Pursuant to RCFC 7(b), Plaintiff The CNA Corporation ("CNAC") respectfully moves for leave to file a sur-reply in response to Defendant the United States' (the "Government") May 27, 2008 reply brief supporting the Government's motion to strike CNAC's application for bid preparation and proposal costs. CNAC has attached its proposed sur-reply brief.

In particular, CNAC seeks the opportunity to respond to several novel arguments made by the Government in its reply brief. In particular, in its reply brief the Government asserts for the first time that the Court's January 3, 2008 order and January 7, 2008 "Judgment" provided an immediate interlocutory appeal that made the Court's ruling final as to bid preparation and proposal costs. Additionally, the Government asserts that certain cases relating to the award of prejudgment interest are comparable to the instant case. For several different reasons, CNAC disagrees with both contentions. CNAC believes its short sur-reply may assist the Court in weighing the arguments of the parties and placing these arguments in the context of the instant case. CNAC's sur-reply essentially addresses only these two arguments and generally avoids

repeating its prior arguments made in its May 5, 2008 response to the Government's motion to strike.

For the foregoing reasons, CNAC respectfully requests that this Court grant it leave to file the attached sur-reply.

Dated: June 13, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel for The CNA Corporation

*Of Counsel:*
Daniel S. Herzfeld
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859

Caroline L. Plant
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406