**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE CNA CORPORATION, | ) | |
| | ) | No. 07-858C |
| Plaintiff, | ) | |
| | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully submits this status report to advise the Court of the status of the 2008 Request for Proposals ("RFP") and procurement for the National Children's Study.

Plaintiff, The CNA Corp. ("CNAC"), timely submitted a proposal in response to the 2008 RFP. CNAC's proposal, in addition to the proposals of competing offerors, remain under consideration by the National Institutes of Health ("NIH").

NIH currently estimates that it will make its competitive range determination no later than July 31, 2008, and that it will issue contract awards during September 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division, United States Department of Justice
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 305-3274
Fax: (202) 514-8624

Dated: July 11, 2008

Attorneys for Defendant