**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE CNA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br>No. 07-858C<br><br>(Judge Horn) |

DEFENDANT'S STATUS REPORT IN RESPONSE
TO THE COURT'S AUGUST 6, 2008 ORDER

On April 4, 2008, plaintiff filed its application for bid preparation and proposal costs, asking this court to make a quantum determination of $381,817.89. On April 17, 2008, defendant, the United States, filed a motion to strike plaintiff's entire application for bid preparation and proposal costs. On August 6, 2008, this Court issued an order denying our motion to strike, reaffirming the Court's decision to award plaintiff bid and proposal costs, and urging the parties "to consult with each other to try to agree on an appropriate dollar figure for bid preparation and proposal costs." August 6, 2008 Order at 15.

The parties have consulted each other, and we respectfully submit this status report to notify the Court that plaintiff has agreed to accept a sum of $377,904. The Government has no basis to dispute that sum, based upon the documentation plaintiff has submitted. We note, however, that the Government does not waive or otherwise abandon its argument that plaintiff is not entitled to such costs under 28 U.S.C. § 1491(b)(2).

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum by s/ B. Snee
DEBORAH A. BYNUM
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division, United States Department of Justice
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 305-3274
Fax: (202) 514-8624

Dated: August 22, 2008

Attorneys for Defendant