# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

| | | |
|---|---|---|
| **THE CNA CORPORATION,** | * | |
| **Plaintiff,** | * | **No. 07-858C** |
| **v.** | * | **Filed: September 12, 2008** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * *

**O R D E R**

In an Order dated January 3, 2008, the court partially awarded the injunctive relief sought by plaintiff in the above-numbered case, vacating the agency's adverse ethics decision concerning Dr. Friedman, and because the injunctive relief was partial, and, in the court's view, damages were warranted, the court also awarded bid preparation costs to plaintiff. The clerk's office issued a document it titled "Judgment" on January 7, 2008, vacating the adverse ethics decision and awarding bid preparation costs to plaintiff, but without a specific dollar amount at that time.

When plaintiff submitted proposed bid preparation costs in response to the court's January 3, 2008 Order and January 7, 2008 clerk's office Order, defendant objected to the award of any damages to plaintiff, and filed a motion to strike the plaintiff's entire application for bid preparation costs. In an August 6, 2008 Order, the court denied defendant's motion to strike, but afforded defendant additional opportunity to review the specifics of the proposed bid preparation costs bill, because, up to that point, defendant had not provided any input to the court on whether or not it believed the plaintiff's bid preparation dollar requests were proper. On August 22, 2008, defendant filed a status report on behalf of both parties, indicating that the parties had consulted with each other to try to agree on an appropriate figure for bid preparation costs, as suggested by the court in its August 6, 2008 Order, and that "plaintiff has agreed to accept a sum of $377,904." The status report further stated: "The Government has no basis to dispute that sum, based upon the documentation plaintiff has submitted." The clerk's office, therefore, shall enter **JUDGMENT** in the amount of $377,904.00 in bid preparation costs in favor of the plaintiff, to implement the court's January 3, 2008 Order and the January 7, 2008 clerk's office Judgment, both of which awarded bid preparation costs to plaintiff, but without a specific figure at that time.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**

**Judge**